**12 CV 01501**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tesfa Yohance Walters
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York
Transit Division District 32
Officer Sean Bolding P.O.
NYPD
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED FEB 27 2012 PRO SE OFFICE

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Tesfa Yohance Walters
             ID #  34411 05322
             Current Institution  G.R.V.C.
             Address  09-09 Hazen St E. Elmhurst
             New York NY 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007

1

Defendant No. 1.  Name _The City of New York_ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 2  Name _N.Y.P.D_ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 3  Name _Trasit Division District 32_ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4  Name _PO Sean Bolding_ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5  Name _____ Shield # _____
Where Currently Employed _____
Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _New York City_

B.   Where in the institution did the events giving rise to your claim(s) occur? _354 Ocean ave Brooklyn NY 11226_

C.   What date and approximate time did the events giving rise to your claim(s) occur? _March 24th, 2011_

D. Facts:

**What happened to you?** I was leaving a friends hous when I was stopped and arrested. I was charged with 140.10E and told that I was tresspassing.

**Who did what?** P.O. from Transit Division District 32

**Was anyone else involved?** Yes I was arrested with a friend

**Who else saw what happened?** The multitude of arresting officers including supervisors

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PTSD, Fear of Police, Claustraphobia

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____ N/A _____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____  No ____  Do Not Know ____    N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No ____  Do Not Know ____    N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No ____    N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No ____    N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ N/A

1. Which claim(s) in this complaint did you grieve? _____ N/A

2. What was the result, if any? _____ N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____ N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____ N/A

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: **N/A**

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

**N/A**

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). **$20,000 dollars**

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Tesfa Yohance Walters__

Defendants __NYPD, The City of NY, et al__

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number __I do not know__
4. Name of Judge assigned to your case __I do not know__
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ✓ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Dismissed__

I declare under penalty of perjury that the foregoing is true and correct.
Signed this __13__ day of __February__ 20__12__.

Signature of Plaintiff: _____

Inmate Number: __347 110 5322__

Institution Address: __0909 Hazen St.__
__E. Elmhurst N.Y.__
__N.Y. 11370__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __13th__ day of __February__, 20__16__ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Rev. 05/2007

7